✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of the District of Columbia

B.D. Goldfields, Ltd.
Ex rel Paul Oteng,
                    Plaintiff                    **SUMMONS IN A CIVIL CASE**
          V.

Golden Star Resources, Ltd.
     and
St. Jude Mineral Resources, Ltd.,   CASE NUMBER:   1:08-CV-00916-ESH
     Defendant

TO: (Name and address of Defendant)

Golden Star Resources, Ltd.
Serve:
Roger Palmer, Registered Agent
10901 W. Toller Ave, Suite 300
Denver, Colorado 80127-6312

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN S. LOPATTO III
ATTORNEY AT LAW
1776 K STREET N.W., SUITE 200
WASHINGTON, D.C. 20006

202-861-5800
ECF: JLopatto3@aol.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              JUN - 6 2008

_____                        _____
CLERK                                          DATE

T. Davis

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-16-08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| JACK LUENSMANN | COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Golden STAR Resources
10901 W. Toller DR #300

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Scott BARR (EXECUTIVE
12:05 PM           VICE PRESIDENT

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6-16-08___          _[signature]_
　　　　　　　　　Date　　　　　　　　Signature of Server

1722 14th St #105 Boulder, CO 80302
Address of Server

_[Notary seal: BONNIE KAMMERER, NOTARY PUBLIC, STATE OF COLORADO]_

_[signature]_ Bonnie Kammerer
NOTARY

My Commission Expires 08/15/2011

JUN - 6 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___Columbia___

B.D. Goldfields, Ltd.
Ex rel Paul Oteng,
      Plaintiff

                    V.

Golden Star Resources, Ltd.
      and
St. Jude Mineral Resources, Ltd,
      Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:08-CV-00916-ESH

TO: (Name and address of Defendant)

St. Jude Mineral Resources, Ltd.
Serve: Roger Palmer, Registereed AGent
10901 W. Toller Ave,m Suite 300
Littleton, Colorado 80127-6312

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**JOHN S. LOPATTO III**
ATTORNEY AT LAW
1776 K STREET N.W., SUITE 200
WASHINGTON, D.C. 20006

202-861-5800
ECF: Jlopatto3@aol.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

_____
CLERK

_T. Davis_
(By) DEPUTY CLERK

JUN - 6 2008

_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6·16·08 |
|---|---|
| NAME OF SERVER (PRINT) JACK LUENSMANN | TITLE COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Golden STAR Resources
10901 W. Toller Dr # 300

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Scott BARR ( Executive
12:05 PM   Vice President

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6·16·08
_____
Date          Signature of Server

1722 14th ST #105 Boulder, CO 80302
*Address of Server*

**BONNIE KAMMERER**
**NOTARY PUBLIC**
**STATE OF COLORADO**

Bonnie Kammerer
NOTARY

My Commission Expires 08/15/2011

JUN - 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.