**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| B. D. GOLDFIELDS, LTD., )<br>a Ghanaian Corporation, )<br>Ex Rel Derivative Action, by )<br>Shareholder Paul Oteng, and B. D. )<br>GOLDFIELDS, LTD., )<br>a Ghanaian corporation )<br>    )<br>         Plaintiff, )<br>    )<br>  v.   )<br>    )<br>GOLDEN STAR RESOURCES LTD., )<br>66 Wellington Street West )<br>Suite 4200, Toronto Dominion Bank Tower )<br>Box 20, Toronto-Dominion Centre )<br>Toronto, ON M5K 1N6 )<br>    )<br>  and  )<br>    )<br>ST. JUDE RESOURCES LTD., )<br>66 Wellington Street West )<br>Suite 4200, Toronto Dominion Bank Tower )<br>Box 20, Toronto-Dominion Centre )<br>Toronto, ON M5K 1N6 )<br>    )<br>         Defendants. )<br>_____) | Civil Action No. 1:08-CV-00916-ESH<br><br>The Honorable Ellen Segal Huvelle |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Stephen J. Jorden as counsel in this case for defendants Golden Star Resources Ltd., and St. Jude Mineral Resources Ltd.

Respectfully submitted,

/s/ Stephen J. Jorden
Stephen J. Jorden (Bar No. 441138)
JORDEN BURT LLP
Jefferson Square, Suite 400 East
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone:  202.965.8100
Facsimile:  202.965.8104

*Attorneys for Defendants*
*Golden Star Resources Ltd. and*
*St. Jude Mineral Resources Ltd.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 7, 2008, a copy of the foregoing Notice of Appearance was filed electronically in the above-captioned matter via the Court's ECF system. Electronic notification will be sent to the following counsel of record:

John S. Lopatto III, Esq.
1776 K Street, NW, Suite 200
Washington, DC 20006

                                      /s/ Brian P. Perryman_____
                                      Brian P. Perryman