# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B. D. GOLDFIELDS, LTD., )<br>a Ghanaian Corporation, )<br>Ex Rel Derivative Action, by )<br>Shareholder Paul Oteng, and B. D. )<br>GOLDFIELDS, LTD., )<br>a Ghanaian corporation ) | Civil Action No. 1:08-CV-00916-ESH |
| ) | |
|           Plaintiff, ) | The Honorable Ellen Segal Huvelle |
| ) | |
| v. ) | |
| ) | |
| GOLDEN STAR RESOURCES LTD., )<br>a Canadian corporation, and )<br>ST. JUDE RESOURCES LTD., )<br>a Canadian corporation, ) | |
| ) | |
|           Defendants. )<br>_____) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter the appearance of Brian P. Perryman as counsel in this case for defendants Golden Star Resources Ltd., and St. Jude Mineral Resources Ltd.

                                            Respectfully submitted,

                                            /s/ Brian P. Perryman_____
                                            Brian P. Perryman (Bar No. 491034)
                                            JORDEN BURT LLP
                                            Jefferson Square, Suite 400 East
                                            1025 Thomas Jefferson Street, NW
                                            Washington, DC 20007-5208
                                            Telephone:  202.965.8100
                                            Facsimile:  202.965.8104

                                            *Attorneys for Defendants*
                                            *Golden Star Resources Ltd. and*
                                            *St. Jude Mineral Resources Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2008, a copy of the foregoing Notice of Appearance was filed electronically in the above-captioned matter via the Court's ECF system. Electronic notification will be sent to the following counsel of record:

John S. Lopatto III, Esq.
1776 K Street, NW, Suite 200
Washington, DC 20006

                                                /s/ Brian P. Perryman_____
                                                Brian P. Perryman