**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| B. D. GOLDFIELDS, LTD., )<br>a Ghanaian Corporation, )<br>Ex Rel Derivative Action, by )<br>Shareholder Paul Oteng, and B. D. )<br>GOLDFIELDS, LTD., )<br>a Ghanaian corporation )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>GOLDEN STAR RESOURCES LTD., )<br>a Canadian corporation, and )<br>ST. JUDE RESOURCES LTD., )<br>a Canadian corporation, )<br>  )<br>Defendants. )<br>_____ ) | Civil Action No. 1:08-CV-00916-ESH<br><br>The Honorable Ellen Segal Huvelle |

**MOTION TO APPEAR PRO HAC VICE**

Comes now the undersigned, Brian P. Perryman, a member of the Bar of this Court, and respectfully moves for an Order permitting Tom McNamara, Thomas P. Johnson and Rudy E. Verner, attorneys with the law firm of Davis Graham & Stubbs LLP, to appear as counsel in this case for defendants Golden Star Resources Ltd., and St. Jude Resources Ltd.

1.  I am an attorney with the law firm of Jorden Burt LLP and have been retained as local counsel on behalf of the defendants in the above-captioned matter. I am a member in good standing of the Bar of this Court, the District of Columbia and the Commonwealth of Virginia.

2.  Tom McNamara is an attorney with the law firm of Davis Graham & Stubbs LLP, 1550 Seventeenth Street, Suite 500, Denver, Colorado 80202, telephone 303.892.9400. Mr. McNamara does not engage in the practice of law from an office located in the District of Columbia.

#853947.1

3. Mr. McNamara is duly admitted to, and a member in good standing of, the bars of the following jurisdictions: the State of Colorado; the Tenth Circuit Court of Appeals; the United States Court of Federal Claims; the United States District Court for the District of Colorado; and the United States District Court for the Northern District of Illinois.

4. Mr. McNamara has not been disciplined by any bar, and has not been admitted pro hac vice in this Court for the past two years. He is of good moral and professional character, and meets the criteria for admission to practice before this Court for purposes of this matter. *See* Declaration of Tom McNamara, attached hereto as Exhibit A.

5. Thomas P. Johnson is an attorney with the law firm of Davis Graham & Stubbs LLP, 1550 Seventeenth Street, Suite 500, Denver, Colorado 80202, telephone 303.892.9400. Mr. Johnson does not engage in the practice of law from an office located in the District of Columbia.

6. Mr. Johnson is duly admitted to, and a member in good standing of, the bars of the following jurisdictions: the State of Colorado; the Tenth Circuit Court of Appeals; and the United States District Court for the District of Colorado.

7. Mr. Johnson has not been disciplined by any bar, and has not been admitted pro hac vice in this Court for the past two years. He is of good moral and professional character, and meets the criteria for admission to practice before this Court for purposes of this matter. *See* Declaration of Thomas P. Johnson, attached hereto as Exhibit B.

8. Rudy E. Verner is an attorney with the law firm of Davis Graham & Stubbs LLP, 1550 Seventeenth Street, Suite 500, Denver, Colorado 80202, telephone 303.892.9400. Mr. Verner does not engage in the practice of law from an office located in the District of Columbia.

9. Mr. Verner is duly admitted to, and a member in good standing of, the bars of the following jurisdictions: the State of Colorado; the Tenth Circuit Court of Appeals; and the United States District Court for the District of Colorado.

10. Mr. Verner has not been disciplined by any bar, and has not been admitted pro hac vice in this Court for the past two years. He is of good moral and professional character, and meets the criteria for admission to practice before this Court for purposes of this matter. *See* Declaration of Rudy E. Verner, attached hereto as Exhibit C.

11. The law firm of Jorden Burt LLP will serve as local counsel in this matter.

WHEREFORE, the undersigned respectfully requests that Tom McNamara, Thomas P. Johnson and Rudy E. Verner be admitted pro hac vice for purposes of representing defendants Golden Star Resources Ltd., and St. Jude Resources Ltd., in this matter, and for such other and further relief as is necessary and appropriate for that purpose.

A proposed Order accompanies this Motion.

Respectfully submitted,

/s/ Brian P. Perryman_____
Stephen J. Jorden (Bar No. 441138)
Brian P. Perryman (Bar No. 491034)
JORDEN BURT LLP
Jefferson Square, Suite 400 East
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone: 202.965.8100
Facsimile: 202.965.8104

*Attorneys for Defendants*
*Golden Star Resources Ltd. and*
*St. Jude Resources Ltd.*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 7, 2008, a copy of the foregoing Motion to Appear Pro Hac Vice was filed electronically in the above-captioned matter via the Court's ECF system.

Electronic notification will be sent to the following counsel of record:

John S. Lopatto III, Esq.
1776 K Street, NW, Suite 200
Washington, DC 20006

                                        /s/ Brian P. Perryman_____
                                        Brian P. Perryman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B. D. GOLDFIELDS, LTD., <br> a Ghanaian Corporation, <br> Ex Rel Derivative Action, by <br> Shareholder Paul Oteng, and B. D. <br> GOLDFIELDS, LTD., <br> a Ghanaian corporation <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN STAR RESOURCES LTD., <br> a Canadian corporation, and <br> ST. JUDE RESOURCES LTD., <br> a Canadian corporation, <br><br> Defendants. | Civil Action No. 1:08-CV-00916-ESH <br><br> The Honorable Ellen Segal Huvelle |

## DECLARATION OF TOM McNAMARA

I, Tom McNamara, declare as follows:

1. I am an attorney with the law firm of Davis Graham & Stubbs LLP, 1550 Seventeenth Street, Suite 500, Denver, Colorado 80202, telephone 303.892.9400. I do not engage in the practice of law from an office located in the District of Columbia.

2. I am duly admitted to, and a member in good standing of, the bars of the following jurisdictions: the State of Colorado; the Tenth Circuit Court of Appeals; the United States Court of Federal Claims; the United States District Court for the District of Colorado; and the United States District Court for the Northern District of Illinois.

3. I have not been disciplined by any bar, and have not been admitted pro hac vice in this Court for the past two years.

#853974.1

4. I submit this Declaration in support of the Motion for Pro Hac Vice Admission in the above-captioned matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2008.

_____
Tom McNamara, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B. D. GOLDFIELDS, LTD., <br> a Ghanaian Corporation, <br> Ex Rel Derivative Action, by <br> Shareholder Paul Oteng, and B. D. <br> GOLDFIELDS, LTD., <br> a Ghanaian corporation <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN STAR RESOURCES LTD., <br> a Canadian corporation, and <br> ST. JUDE RESOURCES LTD., <br> a Canadian corporation, <br><br> Defendants. | Civil Action No. 1:08-CV-00916-ESH <br><br> The Honorable Ellen Segal Huvelle |

## DECLARATION OF THOMAS P. JOHNSON

I, Thomas P. Johnson, declare as follows:

1. I am an attorney with the law firm of Davis Graham & Stubbs LLP, 1550 Seventeenth Street, Suite 500, Denver, Colorado 80202, telephone 303.892.9400. I do not engage in the practice of law from an office located in the District of Columbia.

2. I am duly admitted to, and a member in good standing of, the bars of the following jurisdictions: the State of Colorado; the Tenth Circuit Court of Appeals; and the United States District Court for the District of Colorado.

3. I have not been disciplined by any bar, and have not been admitted pro hac vice in this Court for the past two years.

#853971.1

4.      I submit this Declaration in support of the Motion for Pro Hac Vice Admission in the above-captioned matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2008.

_____
Thomas P. Johnson, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B. D. GOLDFIELDS, LTD.,<br>a Ghanaian Corporation,<br>Ex Rel Derivative Action, by<br>Shareholder Paul Oteng, and B. D.<br>GOLDFIELDS, LTD.,<br>a Ghanaian corporation<br><br>          Plaintiff,<br><br>v.<br><br>GOLDEN STAR RESOURCES LTD.,<br>a Canadian corporation, and<br>ST. JUDE RESOURCES LTD.,<br>a Canadian corporation,<br><br>          Defendants. | Civil Action No. 1:08-CV-00916-ESH<br><br>The Honorable Ellen Segal Huvelle |

## DECLARATION OF RUDY E. VERNER

I, Rudy E. Verner, declare as follows:

1. I am an attorney with the law firm of Davis Graham & Stubbs LLP, 1550 Seventeenth Street, Suite 500, Denver, Colorado 80202, telephone 303.892.9400. I do not engage in the practice of law from an office located in the District of Columbia.

2. I am duly admitted to, and a member in good standing of, the bars of the following jurisdictions: the State of Colorado; the Tenth Circuit Court of Appeals; and the United States District Court for the District of Colorado.

3. I have not been disciplined by any bar, and have not been admitted pro hac vice in this Court for the past two years.

#853972.1

4.  I submit this Declaration in support of the Motion for Pro Hac Vice Admission in the above-captioned matter.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2008.

_____
Rudy E. Verner, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| B. D. GOLDFIELDS, LTD., a Ghanaian Corporation, Ex Rel Derivative Action, by Shareholder Paul Oteng, and B. D. GOLDFIELDS, LTD., a Ghanaian corporation | ) ) ) ) ) ) | Civil Action No. 1:08-CV-00916-ESH |
| Plaintiff, | ) ) ) | The Honorable Ellen Segal Huvelle |
| v. | ) ) | |
| GOLDEN STAR RESOURCES LTD., a Canadian corporation, and ST. JUDE RESOURCES LTD., a Canadian corporation, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Now before the Court is the Motion for Admission Pro Hac Vice filed by Brian P. Perryman seeking an Order permitting Tom McNamara, Thomas P. Johnson and Rudy E. Verner, attorneys with the law firm of Davis Graham & Stubbs LLP, to appear as counsel in this case for defendants Golden Star Resources Ltd., and St. Jude Resources Ltd. Having considered the Motion, the Court finds the Motion should be granted.

It is therefore ORDERED that the Motion for Admission Pro Hac Vice is GRANTED; and

It is further ORDERED that Tom McNamara, Thomas P. Johnson and Rudy E. Verner are ADMITTED pro hac vice to this Court for purposes of representing defendants Golden Star Resources Ltd., and St. Jude Resources Ltd., in the above-captioned matter.

#853950.1

2

Is it so ORDERED.

_____
The Honorable Ellen S. Huvelle, USDJ

3

Copies to:

Stephen J. Jorden, Esq.
Brian P. Perryman, Esq.
JORDEN BURT LLP
Jefferson Square, Suite 400 East
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Local Counsel for Defendants

Tom McNamara, Esq.
Thomas P. Johnson, Esq.
Rudy E. Verner, Esq.
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Lead Counsel for Defendants

John S. Lopatto III, Esq.
1776 K Street, NW, Suite 200
Washington, DC 20006
Counsel for Plaintiff