# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| B. D. GOLDFIELDS, LTD., )<br>a Ghanaian Corporation, )<br>Ex Rel Derivative Action, by )<br>Shareholder Paul Oteng, and B. D. )<br>GOLDFIELDS, LTD., )<br>a Ghanaian corporation )<br>     ) <br>             Plaintiff, )<br>     )<br>       v.        )<br>     )<br>GOLDEN STAR RESOURCES LTD., )<br>a Canadian corporation, and )<br>ST. JUDE RESOURCES LTD., )<br>a Canadian corporation, )<br>     )<br>             Defendants. )<br>_____ ) | Civil Action No. 1:08-CV-00916-ESH<br><br>The Honorable Ellen Segal Huvelle |

### CERTIFICATE OF DEFENDANT GOLDEN STAR RESOURCES LTD. REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Pursuant to Fed. R. Civ. P. 7.1 and L. Civ. R. 7.1, I, the undersigned counsel of record for the Golden Star Resources Ltd. ("Golden Star Resources") certify that to the best of my knowledge and belief:

1.   Defendant Golden Star Resources is a Canadian corporation, publicly held in the United States and in Canada and traded on the Toronto, American and Ghana Stock Exchanges.

2.   Golden Star Resources does not have any parent companies. No subsidiaries or affiliates of Golden Star Resources have any outstanding securities in the hands of the public. However, under the Ghanaian Minerals and Mining Act of 2006, the Government of Ghana has a ten percent (10%) carried interest in certain Ghanaian subsidiaries of Golden Star Resources.

201319v1

3.     No publicly held corporation owns ten percent (10%) or more of the stock of Golden Star Resources.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: July 7, 2008                          Respectfully submitted,

/s/ Brian P. Perryman
Stephen J. Jorden (D.C. Bar No. 37598)
Brian P. Perryman (D.C. Bar No. 491034)
JORDEN BURT LLP
1025 Thomas Jefferson Street, N.W.
Suite 400 East
Washington, DC  20007-5208
Telephone: 202.965.8100
Facsimile:  202.965.8104

Thomas P. Johnson*
Tom McNamara*
Rudy E. Verner*
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Telephone:  303.892.9400
Facsimile:  303.893.1379

*Counsel for Defendant Golden Star Resources Ltd.*

*Pro hac vice application pending*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, a copy of the foregoing Certificate was filed electronically in the above-captioned matter via the Court's ECF system. Electronic notification will be sent to the following counsel of record:

John S. Lopatto III, Esq.
1776 K Street, NW, Suite 200
Washington, DC 20006

/s/ Brian P. Perryman_____
Brian P. Perryman