**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| B. D. GOLDFIELDS, LTD., | ) | |
| a Ghanaian Corporation, | ) | |
| Ex Rel Derivative Action, by | ) | |
| Shareholder Paul Oteng, and B. D. | ) | |
| GOLDFIELDS, LTD., | ) | |
| a Ghanaian corporation | ) | Civil Action No. 1:08-CV-00916-ESH |
| | ) | |
| Plaintiff, | ) | The Honorable Ellen Segal Huvelle |
| | ) | |
| v. | ) | |
| | ) | |
| GOLDEN STAR RESOURCES LTD., | ) | |
| a Canadian corporation, and | ) | |
| ST. JUDE RESOURCES LTD., | ) | |
| a Canadian corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF DEFENDANT ST. JUDE RESOURCES LTD.**
**REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Fed. R. Civ. P. 7.1 and L. Civ. R. 7.1, I, the undersigned counsel of record for

St. Jude Resources Ltd. ("St. Jude Resources") certify that to the best of my knowledge and

belief:

1.     St. Jude Resources is a wholly-owned subsidiary of defendant Golden Star

Resources Ltd., which is a Canadian, publicly held corporation traded on the Toronto, American

and Ghana Stock Exchanges.

2.     No subsidiaries or affiliates of St. Jude Resources have any outstanding securities

in the hands of the public.  However, under the Ghanaian Minerals and Mining Act of 2006, the

Government of Ghana has a ten percent (10%) carried interest in certain Ghanaian subsidiaries of

St. Jude Resources.

201319v1

These representations are made in order that judges of this court may determine the need

for recusal.

Dated: July 7, 2008                          Respectfully submitted,

                                             /s/  Brian P. Perryman
                                             Stephen J. Jorden (D.C. Bar No. 37598)
                                             Brian P. Perryman (D.C. Bar No. 491034)
                                             JORDEN BURT LLP
                                             1025 Thomas Jefferson Street, N.W.
                                             Suite 400 East
                                             Washington, DC  20007-5208
                                             Telephone: 202.965.8100
                                             Facsimile:  202.965.8104

                                             Thomas P. Johnson*
                                             Tom McNamara*
                                             Rudy E. Verner*
                                             DAVIS GRAHAM & STUBBS LLP
                                             1550 Seventeenth Street, Suite 500
                                             Denver, Colorado 80202
                                             Telephone:  303.892.9400
                                             Facsimile:  303.893.1379

                                             *Counsel for Defendant St. Jude Resources Ltd.*

                                             *Pro hac vice application pending*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, a copy of the foregoing Certificate was filed electronically in the above-captioned matter via the Court's ECF system.  Electronic notification will be sent to the following counsel of record:

John S. Lopatto III, Esq.
1776 K Street, NW, Suite 200
Washington, DC 20006

/s/ Brian P. Perryman_____
Brian P. Perryman