IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| B. D. GOLDFIELDS, LTD., a Ghanaian Corporation, Ex Rel Derivative Action, by Shareholder Paul Oteng, and B. D. GOLDFIELDS, LTD., a Ghanaian corporation | ) ) ) ) ) ) ) | Civil Action No. 1:08-CV-00916-ESH |
| Plaintiff, | ) ) | The Honorable Ellen Segal Huvelle |
| v. | ) ) ) | |
| GOLDEN STAR RESOURCES LTD., a Canadian corporation, and ST. JUDE RESOURCES LTD., a Canadian corporation, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' FED. R. CIV. P. 44.1 NOTICE OF ISSUES
CONCERNING THE LAW OF A FOREIGN COUNTRY**

Pursuant to Fed. R. Civ. P. 44.1, foreign Defendants, Golden Star Resources Ltd. and St. Jude Resources Ltd., respectfully notify the Court and the Plaintiff, B.D. Goldfields, Ltd. that, should this action proceed in this Court, they intend to raise the laws of Ghana as the governing law on some of the issues in this lawsuit and that there will, therefore, be issues concerning the law of a foreign country involved in this action.

#851645

- 2 -

Dated: July 7, 2008                    Respectfully submitted,

/s/ Brian P. Perryman
Stephen J. Jorden (Bar No. 441138)
Brian P. Perryman (Bar No. 491034)
JORDEN BURT LLP
Jefferson Square, Suite 400 East
1025 Thomas Jefferson Street, NW
Washington, DC 20007-5208
Telephone:  202.965.8100
Facsimile:  202.965.8104

Thomas P. Johnson*
Tom McNamara*
Rudy E. Verner*
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, CO  80202
Telephone:  303.892.9400
Facsimile:  303.893.1379

*Attorneys for Defendants*
*Golden Star Resources Ltd. and*
*St. Jude Resources Ltd.*

*\*Pro hac vice application pending*

- 3 -

## CERTIFICATE OF SERVICE

    I hereby certify that on July 7, 2008, a copy of the foregoing Notice of Issues was filed electronically in the above-captioned matter via the Court's ECF system. Electronic notification will be sent to the following counsel of record:

John S. Lopatto III, Esq.
1776 K Street, NW, Suite 200
Washington, DC 20006

                                              /s/ Brian P. Perryman_____
                                              Brian P. Perryman